Brian E. Goldberg, Acting Assistant United States Trustee   E-filed on May 19, 2015
State Bar No.: NY 3960952
J. Michal Bloom, Trial Attorney
State Bar No.: NV 4706
*j.michal.bloom@usdoj.gov*
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
300 Las Vegas Boulevard, So., Suite 4300
Las Vegas, Nevada 89101
Tel.: (702) 388-6600
Fax: (702) 388-6658

**Attorneys for the United States Trustee for Region 17**
    **TRACY HOPE DAVIS**

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>**NW VALLEY HOLDINGS, LLC,**<br><br>                  Debtor(s). | Case No: **BK-S-15-10116-abl**<br><br>Chapter 11 |

### THE UNITED STATES TRUSTEE'S STATEMENT OF INABILITY TO APPOINT A COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS

The United States Trustee is presently unable to appoint a committee of unsecured creditors pursuant to 11 U.S.C. § 1102(a) because of one of the following reasons:

  X   1. The United States Trustee has solicited the eligible creditors listed by the debtor, however, there was an insufficient response to the solicitation to form a committee.

        2. The United States Trustee was unable to solicit eligible creditors because the debtor did not list a sufficient number of eligible creditors to form a committee.

____    3. The United States Trustee was unable to solicit eligible creditors because the debtor failed to file a list of the 20 largest unsecured creditors as required pursuant to Fed. R. Bankr. P. 1007(d).

Dated: May 19, 2015.

                                Respectfully submitted,

                                **TRACY HOPE DAVIS**
                                **UNITED STATES TRUSTEE, REGION 17**

                                By: /s/ *J. Michal Bloom*
                                    J. Michal Bloom, Esq.
                                    Attorney for the United States Trustee