GARMAN TURNER GORDON
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
E-mail: tgray@gtg.legal
650 White Drive, Ste. 100
Las Vegas, Nevada 89119
Telephone: 725-777-3000
*Attorneys for Kyle Entity Holdings, LLC*

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re: <br><br> NW VALLEY HOLDINGS LLC, <br><br> Debtor. | Case No.: BK-S-15-10116-abl <br> Chapter: 11 <br><br> Date: N/A <br> Time: N/A |

**NOTICE OF ENTRY OF ORDER SUSTAINING JOINT OBJECTION TO THE KHI TRUSTS' PROOF OF CLAIM NO. 1-1 AND, IN THE ALTERNATIVE, MOTION TO ESTIMATE THE CLAIM**

PLEASE TAKE NOTICE that an *Order Sustaining Joint Objection to the KHI Trusts' Proof of Claim No. 1-1 and, in the Alternative, Motion to Estimate the Claim* [ECF No. 180], a copy of which is attached hereto, was entered in the above-captioned matter on the 18th day of August, 2015.

DATED: August 19, 2015

GARMAN TURNER GORDON LLP

*/s/ Talitha Gray Kozlowski*
GREGORY E. GARMAN, ESQ.
TALITHA GRAY KOZLOWSKI, ESQ.
650 White Drive, Ste. 100
Las Vegas, Nevada 89119
*Attorneys for Kyle Entity Holdings LLC*

_____

_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
August 18, 2015
_____

GARMAN TURNER GORDON LLP
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
E-mail: tgray@gtg.legal
MARK M. WEISENMILLER, ESQ.
Nevada Bar No. 12128
E-mail: mweisenmiller@gtg.legal
650 White Drive, Ste. 100
Las Vegas, Nevada 89119
Telephone: 725-777-3000
*Attorneys for Kyle Entity Holdings, LLC*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: BK-S-15-10116-abl |
| | Chapter: 11 |
| NW VALLEY HOLDINGS LLC, | |
| Debtor. | Date:   July 8, 2015 |
| | Time:  1:30 p.m. |

**ORDER SUSTAINING JOINT OBJECTION TO THE KHI TRUSTS' PROOF OF CLAIM NO. 1-1 AND, IN THE ALTERNATIVE, MOTION TO ESTIMATE THE CLAIM**

The Court, having considered the *Joint Objection to the KHI Trusts' Proof of Claim No. 1-1 and, in the Alternative, Motion to Estimate the Claim* [ECF No. 97] (the "Joint Objection"), filed by Kyle Entity Holdings, LLC, by and through its counsel, the law firm of Garman Turner Gordon LLP, and NW Valley Holdings LLC, debtor and debtor in possession, by and through its counsel, the law firm of Larson & Zirzow, LLC; the Court having held a hearing on the Joint Objection on July 8, 2015, at 1:30, with the appearances of counsel noted on the record; the

1  Court having entered its oral ruling on the Joint Objection on July 31, 2015, at 3:00 p.m., during
2  which the Court stated its findings of fact and conclusions of law on the record, which are
3  incorporated herein by reference in accordance with Rule 52 of the Federal Rules of Civil
4  Procedure, made applicable pursuant to Rule 9014 of the Federal Rules of Bankruptcy
5  Procedure; and good cause appearing therefore:

6      IT IS HEREBY ORDERED:

7      1.    The Joint Objection is SUSTAINED.

8      2.    Proof of Claim No. 1-1 shall be disallowed.

9      **IT IS SO ORDERED.**

10

11 PREPARED AND SUBMITTED:

12 GARMAN TURNER GORDON LLP

13

14 /s/ Mark M. Weisenmiller_____
GREGORY E. GARMAN, ESQ.
TALITHA GRAY KOZLOWSKI, ESQ.
15 MARK M. WEISENMILLER, ESQ.
16 650 White Drive, Ste. 100
Las Vegas, Nevada 89119
17 *Attorneys for Kyle Entity Holdings LLC*

18

19

20

21

22

23

24

25

26

27

28

**LR 9021 CERTIFICATION**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐ The court waived the requirement of approval under LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Matthew C. Zirzow, Esq. on behalf of NW Valley Holdings LLC (Approved).

Brian D. Shapiro, Esq. and Peter J. Roberts, Esq. on behalf of U.S. Bank National Association, as the Plan Administrator for the KHI Post-Consummation Trust and the Liquidation Trust Administrator for the KHI Liquidation Trust (Approved).

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objection to the form or content of the order.

###

GARMAN TURNER GORDON
650 White Drive, Ste. 100
Las Vegas, NV 89119
725-777-3000