Peter J. Roberts
Illinois Bar No. 6239025
SHAW FISHMAN GLANTZ & TOWBIN LLC
321 North Clark Street, Suite 800
Chicago, IL 60654
Telephone: (312) 541-0151
E-mail: proberts@shawfishman.com

Brian D. Shapiro
Nevada Bar No. 5772
228 S. 4th Street, Suite 300
Las Vegas, NV 89101
Telephone: (702) 386-8600
E-mail: brian@brianshapirolaw.com

Attorneys for U.S. Bank National Association,
as the Plan Administrator for the KHI Post-Consummation
Trust and the Liquidation Trust Administrator
for the KHI Liquidation Trust

E-Filed:    **Aug. 31 2015**

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In Re:<br><br>NW VALLEY HOLDINGS LLC,<br><br>Debtor. | CASE NO. BK-S-15-10116-ABL<br>Chapter 11<br><br>**NOTICE OF APPEAL AND STATEMENT OF ELECTION** |
|---|---|

Pursuant to Fed. R. Bankr. P. 8003, U.S. Bank National Association (the "Administrator"), as the Plan Administrator for the KHI Post-Consummation Trust and the Liquidation Trust Administrator for the KHI Liquidation Trust (collectively, the "KHI Trusts") hereby appeals under 28 U.S.C. § 158(a) from the *Order Sustaining Joint Objection To The KHI Trusts' Proof Of Claim No. 1-1 And, In The Alternative, Motion To Estimate The Claim* [ECF No. 180], a copy of which is attached hereto as Exhibit A.

{7049 RESP A0416602.DOC}    1

**Part 1: Identify the appellant(s)**

1. Name(s) of appellant(s):
   U.S. Bank National Association as the Plan Administrator for the KHI Post-Consummation Trust and the Liquidation Trust Administrator for the KHI Liquidation Trust

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

| For appeals in an adversary proceeding. | For appeals in a bankruptcy case and not in an adversary proceeding. |
|---|---|
| ☐ Plaintiff | ☐ Debtor |
| ☐ Defendant | ☒ Creditor |
| ☐ Other (describe) _____ | ☐ Trustee |
| | ☐ Other (describe) _____ |

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from:

   *Order Sustaining Joint Objection To The KHI Trusts' Proof Of Claim No. 1-1 And, In The Alternative, Motion To Estimate The Claim* [ECF No. 180], a copy of which is attached hereto as Exhibit A.

2. State the date on which the judgment, order, or decree was entered:

   August 18, 2015

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: U.S. Bank National Association as the Plan Administrator for the KHI Post-Consummation Trust and the Liquidation Trust Administrator for the KHI Liquidation Trust

   Attorney: Peter J. Roberts
   Shaw Fishman Glantz & Towbin LLC
   321 North Clark Street, Suite 800
   Chicago, IL 60654
   Phone: (312) 541-0151
   Email: proberts@shawfishman.com

   Brian D. Shapiro
   228 S. 4th Street, Suite 300
   Las Vegas, NV 89101
   Phone: (702) 386-8600
   E-mail: brian@brianshapirolaw.com

2.  Party: Kyle Entity Holdings, LLC     Attorney: Gregory E. Garman
                                                    Talitha Gray Kozlowski
                                                    Garman Turner Gordon LLP
                                                    650 White Drive, Suite 100
                                                    Las Vegas, NV 89119
                                                    Phone: (725) 777-3000
                                                    E-mail: ggarman@gtg.legal
                                                    E-mail: tgray@gtg.legal

3.  Party: NW Valley Holdings LLC        Attorney: Matthew C. Zirzow
                                                    Larson & Zirzow, LLC
                                                    810 S. Casino Center Blvd., Suite 101
                                                    Las Vegas, NV 89101
                                                    Phone: (702) 382-1170
                                                    Email: mzirzow@lzlawnv.com

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☐   Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

Respectfully submitted this 31st day of August, 2015.

                            SHAW FISHMAN GLANTZ & TOWBIN LLC

                            By  /s/ Peter J. Roberts
                                Peter J. Roberts (IL#6239025)
                                Shaw Fishman Glantz & Towbin LLC
                                321 North Clark Street, Suite 800
                                Chicago, Illinois 60654
                                (312) 541-0151

                            Brian D. Shapiro
                            Nevada Bar No. 5772
                            228 S. 4th Street, Suite 300
                            Las Vegas, NV 89101
                            Telephone: (702) 386-8600
                            E-mail: brian@brianshapirolaw.com

{7049 RESP A0416602.DOC}                3

| | |
|---|---|
| 1 | |
| 2 | Attorneys for U.S. Bank National Association, as the Plan Administrator for the KHI Post-Consummation Trust and the Liquidation Trust Administrator for the KHI Liquidation Trust |
| 3 | |
| 4 | |

# EXHIBIT A

_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
August 18, 2015

GARMAN TURNER GORDON LLP
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
E-mail: tgray@gtg.legal
MARK M. WEISENMILLER, ESQ.
Nevada Bar No. 12128
E-mail: mweisenmiller@gtg.legal
650 White Drive, Ste. 100
Las Vegas, Nevada 89119
Telephone: 725-777-3000
*Attorneys for Kyle Entity Holdings, LLC*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>NW VALLEY HOLDINGS LLC,<br><br>Debtor. | Case No.: BK-S-15-10116-abl<br>Chapter: 11<br><br>Date: July 8, 2015<br>Time: 1:30 p.m. |

**ORDER SUSTAINING JOINT OBJECTION TO THE KHI TRUSTS' PROOF OF CLAIM NO. 1-1 AND, IN THE ALTERNATIVE, MOTION <u>TO ESTIMATE THE CLAIM</u>**

The Court, having considered the *Joint Objection to the KHI Trusts' Proof of Claim No. 1-1 and, in the Alternative, Motion to Estimate the Claim* [ECF No. 97] (the "<u>Joint Objection</u>"), filed by Kyle Entity Holdings, LLC, by and through its counsel, the law firm of Garman Turner Gordon LLP, and NW Valley Holdings LLC, debtor and debtor in possession, by and through its counsel, the law firm of Larson & Zirzow, LLC; the Court having held a hearing on the Joint Objection on July 8, 2015, at 1:30, with the appearances of counsel noted on the record; the

Court having entered its oral ruling on the Joint Objection on July 31, 2015, at 3:00 p.m., during which the Court stated its findings of fact and conclusions of law on the record, which are incorporated herein by reference in accordance with Rule 52 of the Federal Rules of Civil Procedure, made applicable pursuant to Rule 9014 of the Federal Rules of Bankruptcy Procedure; and good cause appearing therefore:

IT IS HEREBY ORDERED:

1. The Joint Objection is SUSTAINED.

2. Proof of Claim No. 1-1 shall be disallowed.

**IT IS SO ORDERED.**

PREPARED AND SUBMITTED:

GARMAN TURNER GORDON LLP

/s/ Mark M. Weisenmiller
GREGORY E. GARMAN, ESQ.
TALITHA GRAY KOZLOWSKI, ESQ.
MARK M. WEISENMILLER, ESQ.
650 White Drive, Ste. 100
Las Vegas, Nevada 89119
*Attorneys for Kyle Entity Holdings LLC*

**LR 9021 CERTIFICATION**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐ The court waived the requirement of approval under LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Matthew C. Zirzow, Esq. on behalf of NW Valley Holdings LLC (Approved).

Brian D. Shapiro, Esq. and Peter J. Roberts, Esq. on behalf of U.S. Bank National Association, as the Plan Administrator for the KHI Post-Consummation Trust and the Liquidation Trust Administrator for the KHI Liquidation Trust (Approved).

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objection to the form or content of the order.

###