# United States Bankruptcy Court
## District of Nevada

**Bankruptcy Case Number** <u>15–10116–abl</u>
**Chapter 11**
**Appeal Reference Number** <u>15–36</u>
**BAP Number** <u>NV–15–1299</u>
**USDC Number**

In re:
NW VALLEY HOLDINGS LLC
fka KYLE ACQUISITION GROUP LLC
       Debtor(s).

---

U.S. BANK N.A. AS THE PLAN ADMINISTRATOR FOR THE KHI POSTCONSUMMATION TRUST AND THE LIQUIDATION TRUST ADMINISTRATOR FOR THE KHI LIQUIDATION TRUST , Appellant(s)

vs

KYLE ENTITY HOLDINGS, LLC; NV VALLEY HOLDINGS LLC , Appellee(s)

---

### CERTIFICATE OF READINESS

TO:  ☑ CLERK OF THE BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT
     ☐ CLERK OF THE UNITED STATES DISTRICT COURT

The undersigned Deputy Clerk of the U.S. Bankruptcy Court certifies that the Statement of Issues, Designation of Record, and transcripts have been filed, and the record on appeal is complete. The record will be so transmitted upon request from the Clerk of the BANKRUPTCY APPELLATE PANEL OF THE 9TH CIRCUIT.

Dated: 9/29/15
                                                BY THE COURT

                                                *Mary A Schott* (signature)

                                                Mary A. Schott
                                                Clerk of the Bankruptcy Court